IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELO LEHN,

    Plaintiff,

v.

RICHARD REED, et al.,

    Defendants.

ORDER

Case No. 17-cv-435-wmc

*Pro se* plaintiff Angelo Lehn is proceeding in this lawsuit against defendants on Eighth Amendment failure to protect claims. On June 30, 2020, defendants filed a motion for summary judgment. (Dkt. #34.) The court set July 20, 2020, as plaintiff's opposition deadline. That deadline has passed, and Lehn has not responded to defendants' motion or contacted the court seeking an extension of that deadline. His failure to respond to defendants' motion, or to take any other action indicating that he is preparing an opposition, suggests that he has abandoned this lawsuit. Accordingly, the court will give Lehn one more chance to respond to defendants' motion: he now has until **September 8, 2020**, to file an opposition to defendants' motion for summary judgment. His failure to meet this deadline will cause the court to dismiss this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that plaintiff Angelo Lehn may have until **September 8, 2020,** to file a response to defendants' motion for summary judgment. **If Lehn does not respond by that date, the court will dismiss his claims with prejudice.**

Dated this 18th day of August, 2020.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge