IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELO LEHN,

            Plaintiff,

  v.

                                                Case No.  17-cv-435-wmc

RICHARD REED, MARIO CANZIANA,
MS. BROWN, and C.O.2 OGERECLICKY,

            Defendants.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice this case for plaintiff's failure to prosecute.

    /s/                                            9/16/20
Peter Oppeneer                                 Date
Clerk of Court