# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **ANGELO LEHN,** | § | |
| | § | Case. No. 3:17-cv-00435-wmc |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | The Honorable William M. Conley, |
| | § | United States District Judge |
| **REED RICHARDSON;** | § | |
| **MARIO CANZIANI; MS.** | § | |
| **BROWN**; **CO OKERGLICKI,**[1] | § | **Notice of Appeal** |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEAL

Notice is hereby given that Angelo Lehn, plaintiff in the above-named case,

hereby appeals to the United States Court of Appeals for the Seventh Circuit from

the final Judgment in a Civil Case (ECF 77), entered on June 22, 2022.

---

[1] The District Court's caption for its final Judgment was corrected on June 22, 2022. The final caption lists the defendants in this matter as Reed Richardson, Mario Canziani, Ms. Brown, and CO Okerglicki. To the best of undersigned counsel's knowledge, those are the correct names for the defendants. Prior filings in this matter, including filings submitted by plaintiff when he was proceeding *pro se*, adopted different spellings for some of the defendants' names.

Respectfully submitted,

*/s/ James T. Dawson*

James T. Dawson
   D.C. Bar No. 1602502
   Texas Bar No. 24094618
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Email: jamesdawson@velaw.com
Telephone: (202) 639-6588
Facsimile: (202) 639-6604

*Pro Bono Attorney for*
*Plaintiff Angelo Lehn*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 11, 2022, I electronically filed the foregoing document with the United States District Court for the Western District of Wisconsin by using the CM/ECF system. I further certify that counsel of record for each of the defendants are registered as ECF Filers and that they will be served by the CM/ECF system.

Respectfully submitted,

*/s/ James T. Dawson*

James T. Dawson
   D.C. Bar No. 1602502
   Texas Bar No. 24094618
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Email: jamesdawson@velaw.com
Telephone: (202) 639-6588
Facsimile: (202) 639-6604

*Pro Bono Attorney for*
*Plaintiff Angelo Lehn*